## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERY D. JUSTICE, II, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-02584-ARR ) ) |
| LHC GROUP, INC., KEITH G. MYERS, MONICA F. AZARE, TERI G. FONTENOT, JONATHAN D. GOLDBERG, CLIFFORD S. HOLTZ, JOHN L. INDEST, RONALD T. NIXON, W. EARL REED, III, and WILLIAM BRENT TURNER, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 30, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
gms@rl-legal.com

*Attorneys for Plaintiff*

So Ordered,

/s/(ARR)
Allyne R. Ross, U.S.D.J. 7/1/2022